

Patrick W. Gallagher – Attorney
225 Broadway, 39th Floor
New York, NY 10007
P: (212) 595-6200
F: (212) 595-9700
pgallagher@mizrahikroub.com

September 21, 2023

<u>VIA E-FILING</u>

The Honorable Katherine Polk Failla
United States District Judge
United States District Court
Southern District of New York
40 Foley Square
New York, NY 10007



Re:   *Hernandez v. Body Complete Rx, LLC*; <u>Case No. 1:23-cv-00118 (KPF)(SLC)</u>

Dear Judge Failla:

Please be advised that this office represents plaintiff Daysi Hernandez ("Plaintiff") in the above-referenced matter. The Clerk of this Court certified on September 12, 2023 that defendant Body Complete Rx, LLC ("Defendant") is in default due to not filing an answer or otherwise moving with respect to the complaint herein. Doc. #(s) 36.

On August 9, 2023, this Court ordered an Initial Pretrial Conference for September 28, 2023. Doc. #(s) 32. Plaintiff respectfully requests that this Court adjourn the September 28 Conference to permit Plaintiff time either to settle the matter with Defendant or to prepare and file default judgment documents.

Respectfully submitted,
/s/ *Patrick W. Gallagher*
PATRICK W. GALLAGHER

cc:   All Counsel of Record (via ECF)

```
Application GRANTED.  The initial pretrial conference currently
scheduled for September 28, 2023, is hereby ADJOURNED sine die.  If
the parties are unable to reach a settlement, Plaintiff is to either
move for default judgment or file a status letter on or before
October 22, 2023.

The Clerk of Court is directed to terminate the pending motion at
docket number 37.
                                     SO ORDERED.
Dated:    September 21, 2023
          New York, New York
```

HON. KATHERINE POLK FAILLA
UNITED STATES DISTRICT JUDGE